IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BURGESS, | No. C 08-04029 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| TERRY LILES, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/6/09 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 4/16/10.

DESIGNATION OF EXPERTS: 4/30/10; REBUTTAL: 5/10/10 .
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 5/28/10.

DISPOSITIVE MOTIONS **SHALL** be filed by 6/4/10;

Opp. Due 6/18/10; Reply Due 6/25/10;

and set for hearing no later than 7/9/10 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 8/3/10 at 3:30 PM.

JURY TRIAL DATE: 8/16/10 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 to 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Pretrial paperwork due 5/14/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/10/09

_____
SUSAN ILLSTON
United States District Judge