IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DENNIS P. TORGERSON,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORP.,<br><br>Defendant. | No. C 09-01473 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/6/09 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 5/11/10.

DESIGNATION OF EXPERTS: Plaintiffs expert reports due 6/1/10; Depose Plaintiffs' experts by 7/13/10; Defendant to serve expert reports by 8/17/10 .
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF and Deadline for deposing Defendant's experts is 9/14/10.

DISPOSITIVE and Daubert MOTIONS **SHALL** be filed by 11/12/10;

Opp. Due 11/29/10; Reply Due 12/6/10;

and set for hearing no later than 12/17/10 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 2/1/11 at 3:30 PM.

JURY TRIAL DATE: 2/14/11 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 12 - 17 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial Disclosures by 8/12/09.
Pretrial paperwork due by 1/18/11.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/10/09

SUSAN ILLSTON
United States District Judge