# Vickery, Waldner & Mallia, LLP
## Trial Lawyers



*JusticeSeekers.com*

| Andy Vickery | Paul Waldner | Mike Mallia |
|---|---|---|
| andy@justiceseekers.com | paul@justiceseekers.com | mike@justiceseekers.com |

January 15, 2010

District Clerk                                                                                              *Via ECF*
U. S. District Court-Northern District
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

> Re:   Case No. 3:09-cv-01473-SI; *Estate of Dennis Paul Torgerson, Deceased, by Cheryl Torgerson, Personal Representative v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*; In the United States District Court for the Northern District of California

Dear Madam/Sir:

2/19/10

A Case Management Conference (CMC) is scheduled at 3 p.m. PST on Friday, ~~January 22,~~ 2010 in the above-referenced matter.  The undersigned respectfully requests to participate by telephone.

Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to contact me.

Sincerely,
*/s/ Fred H. Shepherd*
Fred H. Shepherd

FHS/kls

One Riverway Drive, Suite 1150, Houston, Texas 77056-1920
Telephone:  713-526-1100     Toll-Free: 866-767-2945     Facsimile:  713-523-5939

Page 2
January 15, 2010


cc:     Brenda N. Buonaiuto, Esq.                        *Via Email*
        Donald F. Zimmer, Jr., Esq.
        Cheryl A. Sabnis, Esq.
        Kendra Lin Pavkovic, Esq.
        KING & SPALDING, LLP
        Four Embarcadero Center, Suite 3500
        San Francisco, CA  94111

        David Norden, Esq.                               *Via Email*
        KING & SPALDING, LLP
        1180 Peachtree Street NE
        Atlanta, GA  30309

        Joseph H. Low IV, Esq.                           *Via Email*
        THE LAW FIRM OF JOSEPH H. LOW IV
        One World Trade Center, Suite 2320
        Long Beach, CA  90831