1  DONALD F. ZIMMER, JR. (SBN 112279)
   CHERYL A. SABNIS (SBN 224323)
2  KING & SPALDING LLP
   101 Second Street
3  Suite 2300
   San Francisco, CA 94105
4  Telephone:  (415) 318-1200
   Facsimile:  (415) 318-1300
5  Email:   fzimmer@kslaw.com
            csabnis@kslaw.com
6
7  Attorneys for Defendant
   GLAXOSMITHKLINE LLC (formerly known as
   SMITHKLINE BEECHAM CORPORATION)
8

9  ARNOLD ANDERSON VICKERY (*Pro Hac Vice*)
   FRED H. SHEPHERD (*Pro Hac Vice*)
10 VICKERY WALDNER & MALLIA, LLP
   One Riverway Drive, Suite 1150
11 Houston, TX 77056
   Telephone:  (713)521-1100
12 Facsimile:  (713) 523-5939
   Email:   andy@justiceseekers.com
13          fred@justiceseekers.com

14 Attorneys for Plaintiff
   THE ESTATE OF DENNIS P. TORGERSON,
15 Deceased, by CHERYL TORGERSON, Personal
   Representative
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                    (SAN FRANCISCO DIVISION)

20

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-20 inclusive,<br><br>Defendants. | Case No. 3:09-cv-01473-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

Plaintiff Cheryl Torgerson, on behalf of the Estate of Dennis Paul Torgerson, deceased ("Plaintiff") and defendant GlaxoSmithKline LLC formerly known as SmithKline Beecham Corporation ("GSK") by and through their counsel of record stipulate and agree as follows:

1. The parties are presently engaged in settlement discussions and have agreed to extend the following deadlines to permit them to complete non-expert and expert discovery and file dispositive motions in the event their discussions do not bear fruit:

   a. **Non-Expert Discovery Cutoff** - Extended approximately 60 days from May 11, 2010 to **July 12, 2010**;

   b. **Designation of Experts** - Extended approximately 60 days as follows: Plaintiff's expert reports due **August 2, 2010** (former deadline June 1, 2010), Depose Plaintiff's experts by **August 16, 2010** (former deadline July 13, 2010), and Defendant to serve expert reports by **October 18, 2010** (former deadline August 17, 2010);

   c. **Expert Discovery Cutoff and Deadline for Deposing Defendant's Experts** - Extended approximately 60 days from September 14, 2010 to **November 15, 2010**;

   d. **Dispositive and Daubert Motions Deadlines** - Extended approximately 30 days so they are filed by **December 13, 2010** (former deadline November 12, 2010), Oppositions due **December 30, 2010** (former deadline November 29, 2010), replies due by **January 7, 2011** (former deadline December 6, 2010), and set for hearing no later than **Friday, January 21, 2011** (former deadline December 17, 2010) at 9:00 a.m.; and

   e. **Pretrial Paperwork** - Extended 7 days so it is due by **January 25, 2011** (former deadline January 18, 2011).

2. The parties are not currently requesting any change to the Pretrial

Conference or Trial dates, which are February 1, 2011 and February 14, 2011, respectively.

Dated:  May 10, 2010                         KING & SPALDING LLP


                                             /s/ Cheryl A. Sabnis /s/
                                             DONALD F. ZIMMER, JR.
                                             CHERYL A. SABNIS

                                             Attorneys for Defendant
                                             GLAXOSMITHKLINE LLC (formerly known
                                             as SMITHKLINE BEECHAM
                                             CORPORATION)


Dated:  May 10, 2010                         VICKERY WALDNER & MALLIA, LLP


                                             /s/ Fred H. Shepherd /s/
                                             ARNOLD ANDERSON VICKERY
                                             FRED H. SHEPHERD

                                             Joseph Hawkins Low, IV
                                             The Law Firm of Joseph H. Low IV
                                             One World Trade Center, Suite 2320
                                             Long Beach, California  90831
                                             Telephone: (562) 901-0840
                                             Facsimile: (562) 901-0841
                                             Email: joseph@jhllaw.com

                                             Attorneys for Plaintiff


   I, Cheryl A. Sabnis, hereby certify that Fred H. Shepherd concurs in the e-filing of this document.

                                             /s/ Cheryl A. Sabnis /s/
                                             CHERYL A. SABNIS

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the following deadlines are changed and extended:

a. **Non-Expert Discovery Cutoff** - Extended to **July 12, 2010**;

b. **Designation of Experts** - Extended as follows: Plaintiff's expert reports due **August 2, 2010,** Depose Plaintiff's experts by **August 16, 2010**, and Defendant to serve expert reports by **October 18, 2010**;

c. **Expert Discovery Cutoff and Deadline for Deposing Defendant's Experts** - Extended to **November 15, 2010**;

d. **Dispositive and Daubert Motions Deadlines** - Extended so such motions are filed by **December 13, 2010**, Oppositions due **December 30, 2010**, replies due by **January 7, 2011,** and set for hearing no later than **Friday, January 21, 2011** at 9:00 a.m.; and

e. Pretrial Paperwork  - Extended 7 days so it is due by **January 25, 2011**.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated:_____             _____
                                  Judge of U.S. District Court