DONALD F. ZIMMER, JR. (SBN 112279)
CHERYL A. SABNIS (SBN 224323)
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email:   fzimmer@kslaw.com
         csabnis@kslaw.com

Attorneys for Defendant
GLAXOSMITHKLINE LLC (formerly known as
SMITHKLINE BEECHAM CORPORATION)


ARNOLD ANDERSON VICKERY (*Pro Hac Vice*)
FRED H. SHEPHERD (*Pro Hac Vice*)
VICKERY WALDNER & MALLIA, LLP
One Riverway Drive, Suite 1150
Houston, TX 77056
Telephone: (713)521-1100
Facsimile: (713) 523-5939
Email:   andy@justiceseekers.com
         fred@justiceseekers.com

Attorneys for Plaintiff
THE ESTATE OF DENNIS P. TORGERSON,
Deceased, by CHERYL TORGERSON, Personal
Representative

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-20 inclusive,<br><br>    Defendants. | Case No. 3:09-cv-01473-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff Cheryl Torgerson, on behalf of the Estate of Dennis Paul Torgerson, deceased ("Plaintiff") and defendant GlaxoSmithKline LLC formerly known as SmithKline Beecham Corporation ("GSK") by and through their counsel of record stipulate and agree that the case management conference reset by the Court for May 18, 2010 shall be continued to **June 3, 2010 at 1:00 p.m.**  The parties agree that Plaintiff's counsel may appear by telephone for the conference.

Dated: May 18, 2010     KING & SPALDING LLP

/s/ Cheryl A. Sabnis /s/
DONALD F. ZIMMER, JR.
CHERYL A. SABNIS

Attorneys for Defendant
GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION)

Dated: May 18, 2010     VICKERY WALDNER & MALLIA, LLP

/s/ Fred H. Shepherd /s/
ARNOLD ANDERSON VICKERY
FRED H. SHEPHERD

Joseph Hawkins Low, IV
The Law Firm of Joseph H. Low IV
One World Trade Center, Suite 2320
Long Beach, California 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841
Email: joseph@jhllaw.com

Attorneys for Plaintiff

I, Cheryl A. Sabnis, hereby certify that Fred H. Shepherd concurs in the e-filing of this document.

/s/ Cheryl A. Sabnis /s/
CHERYL A. SABNIS

1   **PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that the case
2   management conference reset by the Court for May 18, 2010 shall be continued to **June**
3   **3, 2010 at 1:00 p.m.,** and Plaintiff's counsel may appear by telephone for the conference.
4
5   Dated:_____      _____
6                              Judge of U.S. District Court