DONALD F. ZIMMER, JR. (State Bar No. 112279)
CHERYL A. SABNIS (State Bar No. 224323)
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94107
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email:   fzimmer@kslaw.com
         csabnis@kslaw.com

Attorneys for Defendant
GLAXOSMITHLINE LLC (formerly known as
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE)

ARNOLD ANDERSON VICKERY (*Pro Hac Vice*)
FRED H. SHEPHERD (*Pro Hac Vice*)
VICKERY WALDNER & MALIA, LLP
One Riverway Drive, Suite 1150
Houston, TX  77056
Telephone: (713) 526-1100
Facsimile: (713) 523-5939
Email:   andy@justiceseekers.com
         fred@justiceseekers.com

Attorneys for Plaintiff
THE ESTATE OF DENNIS P. TORGERSON,
Deceased, by CHERYL TORGERSON, Personal
Representative

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative,<br><br>Plaintiff,<br>v.<br><br>SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-20 inclusive,<br><br>Defendants. | Case No. 3:09-cv-01473-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Cheryl Torgerson, on behalf of the Estate of Dennis Paul Torgerson, deceased, ("Plaintiff"), and defendant GlaxoSmithKline LLC (formerly known as SmithKline Beecham Corporation) ("GSK") by and through their counsel of record hereby stipulate and agree as follows:

The parties have resolved this matter between them and require additional time to finalize their resolution and file a formal stipulation of dismissal with prejudice.  As such, the parties respectfully request that the Court continue the Case Management Conference presently set for October 12, 2010 at 2:30 p.m., to January 20, 2011 or a date thereafter to be set by the Court.

Dated:  September 27, 2010                    KING & SPALDING LLP

By:_____*/s/ Cheryl A. Sabnis /s/*_____
Donald F. Zimmer, Jr.
Cheryl A. Sabnis

Attorneys for Defendants
GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a GlaxoSmithkline)

Dated:  September 27, 2010                    VICKERY WALDNER & MALIA, LLP

By:____*/s/ Fred H. Shepherd /s/*_____
Arnold Anderson Vickery
Fred H. Shepherd

Joseph Hawkins Low, IV
The Law Firm of Joseph H. Low IV
One World Trade Center, Suite 2320
Long Beach, California  90831
Telephone:  (562) 901-0840
Facsimile:  (562) 901-0841
Email:  joseph@jhllaw.com

Attorneys for Plaintiff

I, Cheryl A. Sabnis, hereby certify that Fred H. Shepherd concurs in the e-filing of this document.

_____*/s/ Cheryl A. Sabnis /s/*_____
CHERYL A. SABNIS

1  **PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED**

2  that the Case Management Conference set for October 12, 2010, is continued to January 21, 2011.

3

4  Dated:  September 27, 2010

_____
The Honorable Susan Illston
United States District Judge