| | |
|---|---|
| 1 | DONALD F. ZIMMER, JR. (State Bar No. 112279) |
| | CHERYL A. SABNIS (State Bar No. 224323) |
| 2 | KENDRA L. PAVKOVIC (State Bar No. 256729) |
| | KING & SPALDING LLP |
| 3 | 101 Second Street |
| | Suite 2300 |
| 4 | San Francisco, CA 94105 |
| | Telephone:  (415) 318-1200 |
| 5 | Facsimile:  (415) 318-1300 |
| | Email:   fzimmer@kslaw.com |
| 6 |          csabnis@kslaw.com |
| |          kpavkovic@kslaw.com |

Attorneys for Defendant
GLAXOSMITHKLINE LLC (formerly known as
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE ESTATE OF DENNIS PAUL TORGERSON, Deceased, by CHERYL TORGERSON, Personal Representative, | Case No. 3:09-cv-01473-SI |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE; and JOHN DOES 1-20 inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Cheryl Torgerson, on behalf of the Estate of Dennis Paul Torgerson, deceased ("Plaintiff"), and defendant GlaxoSmithKline LLC formerly known as SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), by and through their counsel of record, stipulate and agree that the above-captioned action is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: December 2, 2010                    VICKERY WALDNER & MALLIA, LLP

/s/ Fred H. Shepherd /s/
ARNOLD ANDERSON VICKERY
FRED H. SHEPHERD

Attorneys for Plaintiff
Cheryl Torgerson, on behalf of the Estate of Dennis Paul Torgerson, deceased

Dated: December 2, 2010                    KING & SPALDING LLP

/s/ Cheryl A. Sabnis /s/
DONALD F. ZIMMER, JR.
CHERYL A. SABNIS

Attorneys for Defendant GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION)

I, Cheryl A. Sabnis, hereby certify that Fred H. Shepherd concurs in the e-filing of this document.

/s/ Cheryl A. Sabnis /s/
CHERYL A. SABNIS

IT IS SO ORDERED
[signature] Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:09-cv-01473-SI